Núm. 7383.—Asoc. FONDO DE AHORRO, ETC., aplda. *v.* MARTÍNEZ, ETC., apltes.—C. D. San Juan. ▮▮▮▮▮▮▮▮ Mayo 16, 1938.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

POR CUANTO, la parte apelada solicita la desestimación del recurso interpuesto en este caso porque habiéndose establecido desde abril 9, 1936, nada hicieron luego los apelantes para perfeccionarlo y, además, porque la apelación es frívola; y

POR CUANTO, la moción se notificó a los apelantes y señalada su vista para noviembre 9, 1937, fué suspendida ésta a petición de ambas partes y señalada nuevamente para mayo 9 actual se celebró con la sola asistencia del abogado de la parte apelada, sin que los apelantes hayan impugnado hecho alguno de los consignados en la moción;

POR TANTO, de acuerdo con la ley y la jurisprudencia aplicables, habiendo los apelantes dejado de perfeccionar su recurso dentro del término de ley, se declara la moción con lugar y en su consecuencia se desestima, por abandono, el recurso.

Núm. 7744.—LUCIANO ET ALS., apldos. *v.* RODRÍGUEZ, apltes.—C. D. Ponce. ▮▮▮▮▮▮▮▮▮▮▮ Mayo 23, 1938.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

POR CUANTO, la parte apelada presentó una moción solicitando la desestimación del recurso por causa de abandono, cuya vista se celebró sin asistencia de las partes en mayo dieciséis actual; y

POR CUANTO, de la moción y de la certificación acompañada a la misma resulta que la apelación se interpuso el quince de febrero último, solicitándose el diecinueve de la Corte que ordenara al taquígrafo que preparara la transcripción de la evidencia como en efecto lo ordenó, dejando vencer el taquígrafo el término concedídole sin que presentara la transcripción ni solicitara prórroga para ello; y

POR CUANTO, a la fecha de la moción, ni a la de su vista, ni aún, se han radicado los autos en este tribunal, habiendo transcurrido con exceso el término de ley;

POR TANTO, se declara la moción con lugar y en su consecuencia se desestima, por abandono, el recurso.